**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Lindsay A. Goulding, SBN 227195
Derek J. Haynes, SBN 264621
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL:  916.929.1481
FAX: 916.927.3706
**Attorneys for Defendant:** UNIVERSITY OF CALIFORNIA-SIERRA FOOTHILL REC, REGENTS OF THE UNIVERSITY OF CALIFORNIA

Deborah Barron
P. Elizabeth Norris
**BARRON LAW CORPORATION**
1900 Point West Way, Suite 202
Sacramento, CA  95815
TEL: 916.486.1712
FAX: 916.927.5524
**Attorneys for Plaintiff:** DANIEL SCHWEITZER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCHWEITZER, an individual, | CASE NO.  2:12-CV-02993-JAM-AC |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** |
| vs. | |
| UNIVERSITY OF CALIFORNIA-SIERRA FOOTHILL REC, REGENTS OF THE UNIVERSITY OF CALIFORNIA, | Complaint Filed:  December 12, 2012 |
| Defendant. | |

IT IS HEREBY STIPUALTED, by and between Plaintiff DANIEL SCHWEITZER and Defendant the REGENTS OF THE UNIVERSITY OF CALIFORNIA (erroneously sued as "UNIVERSITY OF CALIFORNIA-SIERRA FOOTHILL REC, REGENTS OF THE UNIVERSITY OF CALIFORNIA"), by and through their respective counsel of record, that this action, in its entirety,

be dismissed with prejudice, with each side to bear their own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  May 28, 2014                                         PORTER SCOTT
                                                             A PROFESSIONAL CORPORATION


                                                             By     /s/Derek J. Haynes
                                                                    Lindsay A. Goulding
                                                                    Derek J. Haynes
                                                                    Attorneys for Defendant



Dated:  May 28, 2014                                         BARRON LAW CORPORATION


                                                             By     /s/Deborah Barron (authorized 05/28/14)
                                                                    Deborah Barron
                                                                    P. Elizabeth Norris
                                                                    Attorneys for Plaintiff
                                                                    DANIEL SCHWEITZER

**IT IS SO ORDERED.**

Dated:  5/28/2014                                            /s/ John A. Mendez
                                                             JOHN A. MENDEZ
                                                             UNITED STATES DISTRICT COURT JUDGE